## TWEEDY v. BRUSH.

If a juror before trial has given his opinion in a cause, and this be not known by the party, against whom the opinion operates, it is sufficient cause for an arrest.

ACTION of trover, general issue pleaded, and verdict for the defendant. The plaintiff moved in arrest; and for cause alleged, that two of the jurors who tried said cause, and were in favor of said verdict, before they were sworn and impaneled to try the same, had given their opinion in favor of the defendant: And that one of said jurors, after the cause was committed to them for their consideration, and

before they had delivered their said verdict to the court, gave and published his opinion in said cause to other persons, not of the jury, and conversed with them respecting said cause.

Motion in arrest sufficient.

By the COURT (SHERMAN, J., absent).    On inquiry, it appears, that before the jury were impaneled, two of them had formed and declared opinions in favor of the defendant, which was not known by the plaintiff.    Therefore, this case has not had a fair and impartial trial.